FILED

OCT 09 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA    '07 MJ 8840

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.: |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 21 U.S.C. § 952 and 960 Importation of a Controlled |
| Robert A. BUTALA ) | Substance (Felony) |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

That on or about October 5, 2007, within the Southern District of California, defendant Robert A. BUTALA, did knowingly and intentionally import approximately 25.36 kilograms (55.79 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Vincent McDonald, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9th DAY OF October 2007.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Vincent McDonald with the U.S. Immigration and Customs Enforcement, declare under penalty of perjury, the following is true and correct:

On October 5, 2007, at approximately 9:34pm, Robert A. BUTALA entered the United States from the Republic of Mexico at the Calexico, California (CA) East Port of Entry. BUTALA was the driver and sole occupant of a 1999 Oldsmobile Bravada bearing temporary CA permit number 8642718. Customs and Border Protection Officers searched the vehicle BUTALA was driving and discovered eleven packages containing a green leafy substance. The substance was discovered concealed within a spare tire and the rear cargo area of the vehicle. A sample from one of the packages was obtained and it field-tested positive for marijuana, a Schedule I Controlled Substance. The combined weight of the eleven packages was 25.36 kilograms (55.79 pounds) of marijuana.

BUTALA was advised of his Constitutional rights according to Miranda, which he acknowledged and waived agreeing to be interviewed. BUTALA claimed that a subject named "Omar" registered the Oldsmobile Bravada in his name for the marijuana to be smuggled across the border. BUTALA admitted he knew that the vehicle contained marijuana, but BUTALA thought the marijuana would only be concealed in the spare tire of the vehicle. BUTALA stated he was not told about the additional marijuana in the rear cargo area. BUTALA claimed he was to be paid $1800 to drive the vehicle into the U.S. from Mexico. Upon crossing the Calexico border to the U.S., BUTALA stated he was planning to use his radio and contact a source for transportation of the marijuana to Los Angeles. BUTALA stated that he decided to transport the marijuana because he is not presently employed.

Executed on October 6, 2007 at 3:15a.m.

Vincent McDonald, Special Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on October 5, 2007, in violation of Title 21, United States Code, Sections 952 and 960.

United States Magistrate Judge

10/6/07 – 1:31 PM
Date/Time